**Michael W. STEEN, Plaintiff–Appellant,**

v.

**R.L. BROWNLEE, Acting Secretary of the Army, Defendant–Appellee.**

No. 04–51070.

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided April 21, 2005.

James Ashley Endicott, Jr., Endicott Law Offices, Harker Heights, TX, for Plaintiff–Appellant.

Daniel M. Castillo, U.S. Attorney's Office Western District of Texas, Austin, TX, for Defendant–Appellee.

Before JONES, BARKSDALE and PRADO, Circuit Judges.

PER CURIAM: *

After carefully reviewing the record and briefs, we AFFIRM the district court for the reasons stated in that court's opinion.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.